IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE,<br>INSURANCE COMPANY, | 3:11-CV-00654-BR |
| Plaintiff, | ORDER TO<br>SHOW CAUSE |
| v. | |
| GERALD O. SHRINER, JR.,<br>and VICKIE L. HORNE, | |
| **Defendants.** | |

Plaintiff filed its Complaint [1] on May 27, 2011. Federal Rule of Civil Procedure 4 requires Defendants to be served within 120 days after the Complaint is filed. The Court, on motion or on its own after notice to the Plaintiff, must dismiss the action without prejudice against those Defendants not served. To date Plaintiff has not filed proofs of service.

The Court hereby **ORDERS** Plaintiff to show cause in writing no later than November 15, 2011, why this action should not be dismissed for failure to serve Defendants and to file proofs of service.

IT IS SO ORDERED.

DATED this 31st day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　_/s/ Anna J. Brown_
　　　　　　　　　　　　　　　　　　　　　ANNA J. BROWN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order to Show Cause